

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00119-CV

———————————————————

GREGORY KYLE MASSIE AND MASSIE'S BARN CO., Appellants

V.

KIMBERLY MAPLES, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV25-0253

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' "Motion for Non-Suit," which we construe as a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 14, 2026